1  JEFFREY B. GARDNER, ESQ. (BAR NO. 115648)
   jeff.gardner@sbgk.com
2  CATHY A. KNECHT, ESQ. (BAR NO. 226275)
3  cathy.knecht@sbgk.com
   BARRY, GARDNER & KINCANNON
4  A PROFESSIONAL CORPORATION
   2214 FARADAY AVENUE
5  CARLSBAD, CA 92008
6  PHONE: (760) 754-9111 FAX: (760) 754-3935

7  Attorneys for Defendants
   BAYVIEW LOAN SERVICING, LLC,
8  AKA BAYVIEW AND MARILYN CORO

9

10                     UNITED STATES DISTRICT COURT

11                    SOUTHERN DISTRICT OF CALIFORNIA

12

13

14 | PAMELA CHYBA                         | CASE NO. 3:14-cv-01415-BEN-BLM

15 |
16 |          Plaintiff,                   | DEFENDANT BAYVIEW LOAN
                                            SERVICING, LLC'S NOTICE OF
17 | vs.                                  | MOTION AND MOTION FOR
                                            SANCTIONS PURSUANT TO F.R.C.P
18 | BAYVIEW LOAN SERVICING,              | 37(d)
19 | LLC, AKA BAYVIEW; DAVID
   | ERTEL; AND MARILYN CORO,             | Judge: Roger T. Benitez
20 |
21 |          Defendants.                 | Date:  July 18, 2016
                                            Time:  10:30 a.m.
22 |                                        Room:  5A
23
24
25
26
27
28

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on July 18, 2016, at 10:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 5A, located at 221 West Broadway, San Diego, CA 92101, Defendant BAYVIEW LOAN SERVICING, LLC, AKA BAYVIEW ("Bayview") will and hereby does move the Court, pursuant to Rule 37(d) of the Federal Rules of Civil Procedure, for sanctions against plaintiff Pamela Chyba ("Plaintiff") for failing to appear for deposition.

Please take notice that Bayview is seeking monetary sanctions in the amount of $1,500.00, as well as seeking dismissal of Plaintiff's TCPA claim pursuant to Rule 37(d)(3) and 37(b)(2)(A)(i)-(v), which provides that: (i) the court may order that designated facts be taken as established for purposes of the action, as the prevailing party claims; (ii) the court may prohibit the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence; (iii) the court may strike pleadings in whole or in part; (iv) the court may stay further proceedings until the order is obeyed; (v) the court may dismiss the action or proceeding in whole or in part; and (vi) the court may render a default judgment against the disobedient party.

This Motion is based on this Notice of Motion and Motion, Memorandum of Points and Authorities in Support of Motion, the Declaration of Cathy Knecht Robinson, the pleadings and papers on file in this action, and upon such oral argument as may be presented at the hearing on this Motion.

                                        BARRY, GARDNER & KINCANNON,
                                        A Professional Corporation

Dated: June 6, 2016              By:   /s/ Jeffrey B. Gardner, Esq.
                                              Jeffrey B. Gardner, Esq.
                                              Cathy Knecht Robinson, Esq.
                                              Attorneys for Defendants
                                              BAYVIEW LOAN SERVICING, LLC
                                              and MARILYN CORO

**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2214 Faraday Avenue, Carlsbad, California, 92008.

The foregoing document described as DEFENDANTS BAYVIEW LOAN SERVICING, LLC AND MARILYN CORO'S NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO F.R.C.P 37(d) will be served on the interested parties in this action as follows:

I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – The foregoing document will be served by the court via NEF and hyperlink to the document. As of June 6, 2016, the following are those that are currently on the list to receive e-mail notices for this case:

Pamela Chyba
discoverthefraud@gmail.com

Jeffrey B Gardner
Jeff.Gardner@sbgk.com,mary.do@sbgk.com

[X]   (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2016, at Carlsbad, California.

_____
Mary Do